# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Rene Ruben Moraga ) | Case No: 3:01CR36-5 |
| ) | USM No: 55657-008 |
| Date of Previous Judgment: 2/24/03 ) | Claire Rauscher |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   This offense involves cocaine powder. Accordingly, Amendment 706 (Retroactive Crack Cocaine Reduction) does not impact the guideline calculations.

**III. ADDITIONAL COMMENTS**
The defendant filed a pro se motion. As such, the Federal Defender for the Western District of North Caroline, Claire Rauscher, is named as the defendant's attorney.

Except as provided above, all provisions of the judgment dated   2/24/03   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 15, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge